Alexander C. Johnson, Jr.
MARGER JOHNSON & McCOLLOM, P.C.
210 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 222-3613
e-mail: alex@techlaw.com

Anthony E. Dowell
e-mail: AEDowell@dowellbaker.com
Geoffrey D. Smith
e-mail: GSmith@dowellbaker.com
DOWELL BAKER, P.C.
201 Main Street
Suite 710
Lafayette, IN 47901
Telephone: (765) 429-4004

FILED 06 MAR '12 15:21 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES, LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>TRI-COUNTY METROPOLITAN TRANSPORTATION DISTRICT OF OREGON<br>    Defendant. | Case No. CV '12 - 401 - SI<br><br>**COMPLAINT**<br>Patent Infringement Action (35 U.S.C. § 271)<br><br>**DEMAND FOR JURY TRIAL** |

#45816

1

COMPLAINT

Plaintiffs ArrivalStar S.A. and Melvino Technologies, Limited (collectively, "ArrivalStar" or "Plaintiffs"), by and through their undersigned attorneys, for their complaint against defendant Tri-County Metropolitan Transportation District of Oregon ("Trimet") (Trimet is referred to herein as "Defendant") hereby allege as follows:

## NATURE OF LAWSUIT

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

2. Venue exists in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b) in that the Defendants reside in this judicial district and/or have committed acts of infringement herein.

## THE PARTIES

3. ArrivalStar S.A. is a corporation organized under the laws of Luxembourg and having offices at 67 Rue Michel, Welter L-2730, Luxembourg.

4. Melvino Technologies, Limited is a corporation organized under the laws of the British Virgin Island of Tortola, having offices at P.O. Box 3152, RG Hodge Building, Road Town, Tortola, British Virgin Islands.

5. Melvino Technologies, Limited owns all right, title and interest in, and ArrivalStar S.A. is exclusive licensee of, United States Patent No. 6,714,859 ("the '859 patent"), entitled "System and method for an advance notification system for monitoring and reporting proximity of a vehicle," issued March 30, 2004. A copy of the '859 patent is annexed hereto as Exhibit A. Melvino Technologies, Limited and ArrivalStar S.A. have standing to sue for infringement of the '859 patent.

6. Defendant TriMet is a municipal corporation of the State of Oregon with a place of business at 4012 Southeast 17th Avenue, Portland, Oregon 97202. TriMet transacts business and has, at a minimum, offered to provide and/or provided in this judicial district and throughout the State of Oregon services that infringe claims of the '859 patent.

7. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

**DEFENDANT TRIMET'S ACTS OF PATENT INFRINGEMENT**

8. Defendant TriMet has infringed claims of the '859 patent through, among other activities, the use of TriMet's TransitTracker system.

9. Defendant's infringement has injured and will continue to injure ArrivalStar unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the '859 patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court to enter judgment against the Defendant, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate ArrivalStar for the infringement that has occurred, together with prejudgment interest from the date that Defendant's infringement of the ArrivalStar patents began;

B. Increased damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to ArrivalStar of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D. A permanent injunction prohibiting further infringement, inducement and contributory infringement of the ArrivalStar patents; and

E. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

ArrivalStar demands a trial by jury on all issues presented in this Complaint.

Dated: March 6, 2012

                      MARGER JOHNSON & McCOLLOM, P.C.

                      By _____
                          Alexander C. Johnson, Jr.
                          Oregon State Bar No. 782588

MARGER JOHNSON & McCOLLOM, P.C.
210 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 222-3613
e-mail: alex@techlaw.com

                      Attorneys for Plaintiffs
                      ArrivalStar, S.A. and
                      Melvino Technologies, Limited